## Commonwealth *v.* Reininger, Appellant.

Argued June 10, 1970. *Gary M. Slovin*, with him *Galfand, Berger, Senesky & Lurie*, for appellant; *Charles C. Brown, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.